```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**REGINALD WILLIAMS,**          :

      Petitioner,           :

vs.                             :   CIVIL ACTION NO.12-00457-WS-B

**J.C. GILES,** *Et al.*,       :

      Respondents.           :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 27th day of November, 2012.

                                      s/WILLIAM H. STEELE
                                      **CHIEF UNITED STATES DISTRICT JUDGE**